Jacqueline M. James, Esq.

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMESLAW@OPTONLINE.NET |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

October 27, 2017

The Honorable Judge Gregory H. Woods
United States District Court
40 Foley Square
New York, NY 10007

  *Re: 1:17-cv-07344-GWH Status Report Letter in Response to Court's Order dated October 26, 2017*

Dear Judge Woods:

  The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This case has been filed as a John Doe against the internet subscriber assigned the referenced IP address 142.255.44.180. The Defendant's name and address is not presently known to Plaintiff.

  On October 3, 2017, this Honorable Court issued a Notice of Initial Pretrial Conference setting the date of the Initial Pretrial Conference for October 31, 2017 and requiring the parties to file a Proposed Case Management Plan at least one week prior to the Pretrial Conference, or October 24, 2017 [CM/ECF 7].

  On October 4, 2017, Plaintiff filed its Pre-motion Request to File a Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference and Request to Adjourn the Initial Rule 16 Scheduling Conference [CM/ECF 6]. This Court granted Plaintiff's Pre-motion Request on October 4, 2017, and adjourned the initial pretrial conference scheduled for October 31, 2017, *sine die* [CM/ECF 8].

  Plaintiff filed its Motion for Leave to Serve a Third Party Subpoena on the Defendant's Internet Service Provider on October 4, 2017 [CM/ECF 9]. The Court granted Plaintiff's motion on October 5, 2017 [CM/ECF 12].

  In compliance with the Court's October 5, 2017 Order, Plaintiff sent out the Subpoena and required documents to be served upon the ISP on October 10, 2017. The ISP has up to and including November 7, 2017 to comply with the Court's Order and provide Plaintiff with Doe's identifying information.

Upon receipt of the ISP's response, Plaintiff will investigate the information provided, and seek leave to file its amended complaint under seal as per this Courts' protective order [CM/ECF 12], and send the appropriate documents out for service upon Defendant.

Respectfully Submitted:

By: *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424-mail:
jjameslaw@optonline.net